United States District Court
Northern District of New York

Demeris Tolbert
          Plaintiff

          VS.

Carl J. Koenigsmann MD
Glenn Schroyer, MD
Dr. R. Adams
FNP Stevell Fries
Phy - Pena William
Nurse R. Holmes
FNP William Parmer

          Defendants

Inmate
Civil Rights
Complaint pursuant
pursuant to
42 U.S.C 1983.

CASE NO. 9: _____ CV _____

Plaintiff Demands a trial by: ( Jury )

Plaintiff IN the Above - Captioned
Action, Allege (S) as follows:

U.S. DISTRICT COURT - N.D. OF
FILED
DEC 23 2013
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - S____

# Jurisdiction

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the constitution of the united states. This action is brought pursuant to 42 U.S.C 1983. The court has jurisdiction over this action pursuant to 28 U.S.C 1331, 1343 (3) and (4) and 2201

# Parties:

Plaintiff: Demeris Tolbert
Address: upstate Correctional facility
PO Box 2001
malone, ny 12953


Defendant: Carl J. Koenigsmann m.d.
Official position: Chief medical officer
Address: the Harriman state campus
Building 2
1220 washington avenue
Albany, ny 12226 - 2050

Defendant: Glenn Schroyer m.d.
Official position: medical Director upstate
Address: upstate Correctional facility
PO Box 2001
malone, ny 12953

Defendant: Dr. R. Adams
official position: Doctor
Address: upstate Correctional facility
        PO Box 2001
        malone, ny 12953

Defendant: FNP William Parmer
Official Position: facility Nurse Practitioner
Address: upstate Correctional facility
        PO Box 2001
        malone, ny 12953

Defendant: R. Holmes AN
official Position: Nurse
Address: upstate Correctional facility
        PO Box 2001
        malone, ny 12953

Defendant: Stevell fries, PA
official Position: physician's assistant
Address: upstate Correctional facility
        PO Box 2001
        malone, ny 12953

Defendant: Pena William PHy
official Position: physical Therapy
Address: upstate Correctional facility
        PO Box 2001
        malone ny 12953

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a.    Is there a prisoner grievance procedure at this facility?

___✓ Yes                    _____ No

b.    If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

___✓ Yes                    _____ No

If your answer to 4b is YES,

(i)    What steps did you take? _I filed a Grievance_
_And a medical Complaint with albany_
_____

(ii)    What was the final result of your grievance? _uNANimously_
_Accepted IN part_____

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.    If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes                    _____ No

If your answer to 4c is YES,

(i)    What steps did you take? _____

_____

_____

(ii)    What was the final result regarding your complaint?_____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.    PREVIOUS LAWSUITS

a.    Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

✓ Yes                    _____ No

b.    If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.    Parties to previous lawsuit:

Plaintiff(s): __Dennis Tolbert_____

Defendant(s): __Ted Nesmith, E. Nunez, Lester N Wright md__

ii.    Court (if federal court, name District; if state court, name County):

_Northern District_

iii.    Docket number: _4:02 -CV - 01042 - NAM - DEP_

iv.    Name of Judge to whom case was assigned: _Judge David E. Peebles_

v.    Disposition (dismissed? on appeal? currently pending?): _Dismissed_

vi.    Approximate date of filing prior lawsuit: _08 12 2002_

vii.    Approximate date of disposition: _03 16 2005_

6.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

_Attached_

Facts:

failure to carry out medical orders.
Interfering with prescribed treatment
for serious illness

① Defendant #1 f N P William Parmer.
Plaintiff was seen and examined By
Defendant parmer on about 7/19/11 - 10-7/11
1/10/12  2/11/12 for a unknown skin
Disease - Burning Lesions And Sores
that are the size, an shape of a Nickle
that appears on Plaintiff's Penis, Head,
Legs, testicles, Elbows, feet and
Hands.          ② Plaintiff advised Defendant
parmer that Plaintiff was seen By
two Dermatologist Specialist prior
to plaintiff arriving at upstate
Correctional facility to treat skin
Disease.

SEE: Exhibit #A

③   Wende Dermatologist Specialist
prescribes plaintiff (pills) to

To treat the unknown skin disease and skin cream to relieve the burning lesions.

(4) Plaintiff was transferred to Southport Corr. Fac. and the skin disease began to rapid spread all over plaintiff's body.

(5) Plaintiff was then seen by a second Dermatologist Specialist and a (Biopsy) was taken. As a result, the Dermatologist Specialist advised plaintiff that he couldn't determine what type of skin disease plaintiff had but that he was going to treat it the disease as if it was Psoriasis.

(6) See: Exhibit # B and Exhibit # C

For Dermatologist Specialist prescribed treatment plan and medications prescribed as well to treat skin disease

(7) WHEN Plaintiff WAS SeeN By Defendant #1 William Parmer on All the above Days previously mentioned AND showed Him the Burning Lesions on His Penis, Head AND other Areas of His Body.

(8) Plaintiff then Advised Defendant #1 Mr. Parmer that Dermatologist Advised Plaintiff AND the medical Dept. that plaintiff WAS to use A Specific-Separate Cream for Penis - A Separate Cream for Head - A Separate Cream for feet AND HANDS - medicated SOAP AND lotion ON A trial-run Because the Specialist WHICH medications worked AND ALSO what type of Disease - Plaintiff HAD Contracted

(9) Defendant #1 Parmer Stated, upstate will Not PAY for All those medications - SOAPS AND Lotion So the Defendant Denied (Discontinued) All medications SOAPS AND lotions prescribed By Dermatologist Specialist

10. Defendant #1 Parmer Denied All of Plaintiff's prescribed meds But the Defendant Did order Clobetasol Cream And about 6-to-7 Neutrogenic soap.

11. Plaintiff then Advised Defendant #1, Parmer that Clobetasol was prescribed to him at previous Jail And it Does relieve some sores. But Doesn't has Any effect on most parts of plaintiff Body which is noted In medical Records

12. Defendant #1 Parmer then Stated, if plaintiff Didn't take the Creams He prescribed He wasn't getting Anything else

13. Plaintiff then requested to Have Pain meds: Neurotins - Baclofen - And ultram Re-ordered Because Plaintiff Advised the Sick Call Nurse Jane Doe to Discontinue Highly Narotic Pain meds During Ramadan because plaintiff can't take medications without Being able to Eat Any food.

14. The Sickcall Nurse Jane Doe Advised plaintiff if pain worsen to Inform medical - otherwise, He Could refuse meds until Ramadan Fast is over with And then Have the Defendant #1 parmer Re-order pain meds.

15. Plaintiff Has A Permanent Disability. Plaintiff Has metal Rods placed In His Hip, Knee And femur Area with tarsel Tunnel (Arteries torn) In Left foot resulting from numerous Gunshot wounds

16. Defendant #1 parmer looked at plaintiff And Said He is Not going to order or Reorder plaintiff prescribed pain meds Because plaintiff is Addicted to Drugs. The Defendant parmer Ordered plaintiff An over-the-counter pain medication IBuprofen which Doesn't Relieve plaintiff's pain for metal Hardware whatsoever.

17. Plaintiff told the Defendant that IBuprofen Doesn't Relieve His pain for (metal Rods) which is

(18) Also Noted IN plaintiff's medical Record the Defendant #1 Parmer told the Correction officers to take the plaintiff BACK to His Cell.

(19) SEE: EXHIbit # D for Entrance EXAM form

Plaintiff Advises medical Staff of Permanent Injury (Disabilities) metal Rods And of prescribed PAIN meds : Neurotin - Baclofen - ultram.

(20) Defendant #1, Parmer Denied Plaintiff : prescribed pain meds - Access to Dermatologist - Skin Creams - Soap - Lotion from 7/19/11 -to 2/11/12

(21) SEE: EXHibit # E1-to E3 for orthopedic Specialist Advises medical Dept. to prescribe Narcotic (ultram) for plaintiff Chronic PAIN And that plaintiff could Deny pain meds AN request PAIN meds if AND when Needed

See: Exhibit # f1-thru f-7

22) For Grievance filed for Plaintiff Being Denied prescribed Medical Soap And Access to See Dermatologist Specialist to Determine what was Actually Causing Plaintiff's abnormal, Painful Skin Disease.

23) After filing medical Complaints, Plaintiff was left in His cell for Approx. 3½ months (with no medications for pain or Skin care Relieve for metal Rods or Skin Disease. Plaintiff Couldn't even take A Shower without feeling extreme pain from open flesh Would.

24) The Plaintiff stopped upstate Superintendent and the Captain on December 28, 2011 while they were making their rounds through B1-Gallery.

Plaintiff told them that He was Intentionally Being Denied medical Treatment Because of

[ See EXHibit #F-7 ]

25) Medical Complaints filed with Albany. Plaintiff then showed the Superintendent and Captain the Open Sores And Burning Lesions on Head An Body.

26) The Captain then ordered A Female Nurse Jane Doe to Visit Plaintiff's Cell for Emergency SickCall.

27) Plaintiff then showed Jane Doe the Sores And She Replied; She Didn't Know Who the Plaintiff had pissed-off But She Couldn't understand why there was (No medication orders) for Plaintiff Visible Skin Disease and for metal Rods In placed.

28) Nurse Jane Doe Said She was Sorry Because is only A Nurse And She is unAble to prescribe medications to Give Plaintiff Any Kind of Relief But She Did put Plaintiff In to See the Doctor ASAP

29. The following Days some Top Albany officials (Jane Does) came to upstate Solitary Confinement facility to investigate any claims of mistreatment By staff.

30. The Jane Does advised the Plaintiff As well As the rest of the SHU Inmates to write their And send it to upstates mail Room Because there was going to Be A Albany official there to (Intercept) All of the Inmates Complaints Against upstate

31. Plaintiff wrote a letter And Advised The albany officials that He was in pain - Being Denied pain meds for Permanent Disability Metal Rods And screws in placed In leg And plaintiff has Big Red sores on His penis, Head feet An Body that Burns An causes (extreme irritation) As well. And Begged them to Help Him.

32. Defendant # 2 Dr. Adams. Plaintiff was Seen By Defendant # 2

33) ON About 10/11/12 Defendant #2 Dr. Adams told the plaintiff the Next time He HAS ANY medical issues He Needs to Address those Concerns With upstate's medical Dept. ANd Not With the Superintendent or With Albany officials.

34) Defendant #2 Dr. Adams then Asked what WAS the plaintiff's medical problems IN A unprofessional MANNer

35) Plaintiff first requested prescribed pain meds for metal Rods ANd Advised Dr. Adams that Ibuprofen Doesnt relieve ANY pain for metal HARdwAre for plaintiff - Especially During Cold Weather.

36) Defendant #2 Dr. Adams then Said He WAS going to Discontinue Ibuprofen ANd Said He WAS Not going to order ANY other types of pain meds. Plaintiff WAS Denied All pain meds for Permanent Disabilities

37) ① Defendant #2 Dr. Adams then told plaintiff to show him his penis head and feet area. Dr. Adams then examined plaintiff fingernails an said plaintiff may have an infection because he saw little (Dents) on plaintiff finger nails in which he says was signs of an infection

38) ① Defendant #2, Dr. Adams then prescribed plaintiff (Pills) and the same (Skin cream) that plaintiff advised wasn't working. The pills was for -to treat infections.

39) ① Plaintiff then advised Dr. Adams that its been (3 years) since he contracted skin disease and. he needs to see a dermatologist specialist.

40) ① Defendant #2, Dr. Adams Denied. Plaintiff access to outside specialist - Denied pain meds. Denied skin soap / lotion even after learning that treatment that was previously provided wasn't

Working. After 1 1/2 years of

**41** Being Denied medical treatment
— plaintiff filed numerous
Grievances an complaints With Albany
medical citief and still, nothing
was Being Done — plaintiff then
filed a medical complaint with
(Prisoners Legal Services)
on Jan. 2, 2012.

SEE: Exhibit # G1- thru G5

**42** SEE: (G-1) plaintiff advises
Prisoners Legal Services that he was
Big Red Sores on his penis, Head
an Body area that Is eating
up plaintiff's flesh.

**43** SEE: Exhibit # G-3 plaintiff
gives Prisoners Legal Services
authorization to examine his
medical Records

SEE: Exhibit # G-5

**44** Defendant # 3, upState Health
Director Glenn Schroyer, M.D.
Is made aware of plaintiff Being
Denied pain meds - Skin Disease

Treatment And Denied Access to outside Specialist

45) Defendant #3 Glenn Schrayer MD. After Being made aware of Plaintiff's claims of Denied medical treatment, the Defendant #3 Didn't conduct an Investigation And He (Intentionally mislead) the Prisoners Legal Services Attorney Mr. Adam DeFayette, By Saying plaintiff's medical Needs are Being met And Because of that False statement, Plaintiff's claim was Closed.

46) Resulting In plaintiff going Another (2 years) with Sores on His Penis, Head And Body. Also with extreme Pain From metal Rods.

47) Defendant #4 Physical Therapist Pena William Saw plaintiff on About 6/25/12 Because plaintiff was Having problems with Walking properly with metal Rods And Screws In placed In His Knee, Hip And femur Area

Note: Plaintiff was Seen By
(48) Nurse Practitioner Amber Lashway
ON 6/12/12 - 7/17/12 7/26/12 And
She saw that plaintiff was
Having problems Sitting, walking AN
Standing without grimacing She
MAde a referral for plaintiff
to be Seen By Physical
Therapist Defendant # 4, physical
therapist Pena William.

(49)   1 Defendant #4 asked plaintiff
when was the metal Hardway placed
In His left leg And Hip -femur
Plaintiff told Him In 1993 Rads
was Embedded In His leg.

(50)   Plaintiff then told Him that
metal Screws Sometimes make a
Clicking Sound And swells up
plaintiffs Hip And knee And
plaintiff can't walk or Bend knees
without feeling pain AN Discomfort.
Plaintiff Also Informed Defendant
Pena William that He experiences
muscle Spasms also.

(51)   1 Defendant # 4 Pena then
Stated that plaintiff was a young

MAN SO He Would Be OKAy.
The DefendAnt PenA Without PHysically
ExAming plAintiff SAid He Will
recommend A Knee Brace And He
Wrote Something Else IN
PlAintiff's medicAl Records.

52    Defendant #4 PenA William
Saw plAintiff ONLy (ONce) And
( Denied ) plAintiff Any further
PHysicAl THerApy for PermAnent
Serious INjury (metAl Rods) And
Torn Arteries (TArsAl Tunnel)
Syndrome

See: EXHibit # H1 - thru-H3

53    For PHysicAl THerApy AppoINtment
With Defendant #4 PenA
William And His recommendations

54    See: EXHibit #(H-2) And (H-3)
For plAintiff GrievAnce Filed
for Being Denied PHysicAl
THerApy After (oNLy oNe
Session Without AN ExAminAtion

See: Exhibit # (I-1 thru I-2)

(55)   Exhibit # I 1 for plaintiff past problems with walking to facility messhall with metal toes in placed.

(56)   Exhibit # I-2 for plaintiff complaining about (clicking sounds) an discomfort with hardware.

(57)   Defendant # 5 Nurse Holmes this Defendant has been harassing plaintiff ever since plaintiff arrived at upstate corr. fac. and thereafter.

(58)   Defendant # 5 Nurse Holmes would yellout (loudly) all of plaintiff's personal concerns to make sure that all the inmates on C. and. B gallery could hear her.

(59)   Plaintiff was prescribed pain meds for morning and afternoon. The Defendant ms. Holmes stated that she is not coming all the way to B and A gallery

60) Just to give one Inmate pain meds In the (Afternoon) So Defendant Holmes had plaintiff meds changed to (morning and nights) as a result.

61) Defendant Holmes gave plaintiff pain meds (ultrams) In (liquid form) and plaintiff advised Defendant that liquid meds causes Dizziness and Stomach pains. Defendant Holmes replied, if plaintiff refuses meds she was going to write Him a (misBehavion Report) and also have all of His pain meds stopped for Indefinitely.

62) Defendant Holmes got upset Because plaintiff went over-Her-Head and asic the NP parmer to change meds back to (pill form) and He Did So.

63) The following Days Defendant Holmes came to plaintiff's cell (C-2) yelling, open up your mouth - I want to see all of the pills go

**64** IN your mouth. The plaintiff Complied. Plaintiff then Asked Defendant why is she Always mean to plaintiff for no reason at all and she responded, Don't Come to prison.

**65** On 8/03/11 Defendant Holmes came to plaintiff's Cell (10-C1-02B) and gave him (5 pills). The plaintiff took the pills and showed the Defendant and her (male escort officer John Doe) that all (5 pills) was on his tongue Before swallowing. After plaintiff swallowed the Defendant yelled out that the plaintiff took only (4 pills) Instead of (5 pills).

**66** Plaintiff was then searched immediately and the Defendant Holmes wrote plaintiff a misbehavior Report even though no pills was found.

**67** The Hearing officer Conducted an Investigation was the escorting officers and found out that plaintiff Did

Nothing wrong.

68  See: EXHIBIT # ( J 1- thru J 6 )

EXHIBIT # J-1 for misbehavior
Report - Plaintiff is found not
guilty of unauthorized medications

69  See: EXHIBIT # J-2 for
Statement made By Defendant
Holmes IN Her own HAND writing
Plaintiff Asked why is she so
mean to Him And she threaten
to write Plaintiff up for Harassment.

70  See: EXHIBIT # J-3 for
Defendant Holmes continuously Deny
Plaintiff medical Attention - stating
In Her OWN words, that Plaintiff's
( Cell-Light WAS Out ) And that is
why she Denied Him Sickcall
While Plaintiff HAD sores on penis
And was IN pain from metal
Rods.

71  See: EXHIBITs # J-4, J-5
And J-6 for Plaintiff files
Grievance for Harassment for
Continuously Being Denied Sickcall

72. And for constantly threatening to write plaintiff a misbehavior report when he requested medical assistance.

73. Defendant #6 Carl J. Koenigsmann M.D. Chief medical officer / Deputy Commissioner

74. Plaintiff's family (John Tolbert) brother called Albany numerous times to (request an investigation) and also plaintiff wrote this defendant numerous times (directly) and still plaintiff was left in his cell in (solitary confinement) for (4 months) at a time with no medical treatment whatsoever. Defendant #6 Dr. Koenigsmann always wrote plaintiff back, advising plaintiff to seek treatment from the same medical staff who was systematically denying plaintiff prescribed healthcare in the first place

75. Failure to act to remedy a wrong

Creating or Allowing An
unconstitutional Policy or Custom

(76) THE Defendant #6 Citief medical
officer CARL J. KoeNigsmann
Also violated plaintiff constitutional
Rights to Adequate medical By Allowing
(upstate medical Dept.) to Create
Policies that Blatantly Denies plaintiff
And All upstate SHU INmates Access
to medical Care As followed:

(77)      upstate SHU INmates Are
     Denied SickCall request if:

(1)  If they Are Not STANDing At their
     (Cell Door)

(2)  If oNe of their Cell lights Are
     Not oN

(3)  If AN INmate is still sleeping
     - Note, AN INmate Could be
     (Hurt or unconscious) AND the
     SickCall Nurse will still
     Deny them SickCall

(4)  If AN INmate Doesn't Know His
     ID Number

(78) Defendant #6 Dr. Carl J. Koenigsmann
was made aware of plaintiff
Being Left In His Cell In Solitary
Confinement With Burning Lesions
and Sores All over His Body Without
Being treated For (3 plus months)
At A time And Defendant #6
Did Nothing to Stop it!

(79)       See: Exhibit #(K 1-thru K3)

K-1 For Letter Dated Sept 21, 2012
Directly Informing Defendant
Dr. Koenigsmann About Burning
Lesions And Sores on plaintiff's
(Penis And Head) An Body.

(80) K-2 For Another medical complaint
Letter Dated 3/27/13 Addressed
to Defendant #6 office And His
Response

(81) K-3 For a third medical complaint 5/13/13
Letter addressed to Dr. Koenigsmann
Concerning (Skin Disease)
Denied medical treatment - pains meds
Access to Dermatologist Specialist
(Inadequate medical care) In general

1 Defendant #7 Stewell fries PA

82  Plaintiff WAS Seen By fries ON 11/19/12 - 12/18/12 3/26/13 And upon first meeting the Defendant # stated, He Didn't care About How many Grievances Or medical Complaints that the Plaintiff Wrote - He still wasn't going to prescribed Narcotic pain meds prescribed By Orthopedic Specialist.

83  Plaintiff then showed Him the skin sores And Burning Lesions And the Defendant Didn't Say anything further. He told the officers that we were Done.

84  ON All three occasions that Plaintiff saw Defendant fries, the examinations only lasted for about 2-minutes or less. The Defendant Did order plaintiff the (same skin cream) And pain meds that plaintiff advised Didn't work) And it's also noted IN plaintiff's 20 plus years medical History.

(85) Defendant Gries Denied Plaintiff prescribed Pain meds or Any type of Pain meds, that would bring plaintiff Relief for (metal Hardware) or Severe (Skin Disease).

Mental, Physical And Emotional Injuries:

(86) Plaintiff couldn't participate IN the one-Hour of (SHU-Recreational) time Allowed Because of the extreme pain with the (metal Rods An Screws) IN leg - especially During the Winters. plus plaintiff couldn't walk or Sit without experiencing pain And Discomfort And that's why plaintiff was Housed on A Medical Disability unit for (6 years) straight while at Attica corr. fac.

(87) Mental And Emotional Suffering: plaintiff was unable to receive visits Because He Had Big Red Sores on His Head And Elbows which were (Visible) An painful. plaintiff couldn't sleep regularly And plaintiff (Lots of time) lost

Tremendous Weight from Distress.

88  Plaintiff was told He Had a Severe Infection that may even Be Life threatening

89  Plaintiff was so Distraughted that He begged the mental Health Dept. for Help. A Psychologist stopped By plaintiff cell (10-13-14) And plaintiff told John Doe that He was Being Intentionally Denied medical Assistance And then showed the (psychologist) the sores on His penis And Head. The psychologist logged it In His notes And then told medical to treat the plaintiff.

90  See Exhibit # K-2 (Page 3) for (memo written By mental Health Chief mr. Kempt 4/1/2013 concerning letters And request for Help from the mental Health Dept. for plaintiff Skin Disease And metal Rod (Screws. mr. Kemp Sent a memo to the medical Department Advising to treat Plaintiff Skin Disease

See Exhibit # L1 - thru L2

(91) Exhibit # L1 for unConstitutional Policy that Denies plaintiff Access to medical Care on 9/22/12 Because the Sickcall Nurse says Plaintiff Not at Door - plaintiff Light is Not on so plaintiff is Denied Sickcall

(92) This complaint isn't towards Nurse fairchild for Denying plaintiff Sickcall Because site is only following A Policy that Denies plaintiff Sickcall And she HAS Never Denied plaintiff Sickcall In the past

(93) Exhibit # L-2 Nurse Adm. Informs plaintiff that there (is No) Doctors - PA - Non Nurse Practitioners Employed or working At upstate Corr. fac. L0 - Building.

(94) Plaintiff And Inmates Are Informed on A regular Basis that there are No Doctors Available for (3 - to - 5 months At A time).

(95) As a result, plaintiff was still Denied medical prescribed meds for (2 years).

(96) See: Exhibit # M for Dept. usler stops at plaintiff's cell and sees sores on body for himself and orders the medical Dept. to treat plaintiff on 12/28/11

(97) See: Bottom of same page of medical records Dated (1-5-12) plaintiff is still complaining about sores an metal Rods.

See: Exhibit # N 1- thru N 3

(98) for plaintiff advising Dr. Canfield about 1 year prior to arrival to upstate that Cetaphil (soap Helps) and regular soap and Neutrogenic soap (cause more irritation)

(99) See: Exhibit # O for medical complaint Letter sent to Governor Cuomo By (main)

**100** Note: Above every Cell Door the Inmates Name and ID Number is written In Big Bold letters

In Addition: Short on medical staff

**101** Plaintiff, as well as the entire 10-Building SHU population was told on Numerous occasions that there is No (Doctor) Nurse practitioner nor (PA) Available for (3-to-5 months) at a time

The most recent:

**102** There was (No Doctors) Available at Upstate 10-Building from About July 2013 -to- November 25, 2013.

**103** Plaintiff skin sores began to spread again rapidly and the Nursing staff told plaintiff she is sorry But there won't Be No Doctors Available for at Least (3-to 5 months)

That Occurs frequently at Upstate SHU - See Facility Records

# Causes of Action

**First Cause of Action**

(104) Those (1) Defendant violated plaintiff Eighth Amendment right to be free from cruel and unusual punishment when the Defendants intentionally and knowingly left plaintiff in a solitary confinement cell for (24 hours-a-Day) everyday for approx. 2 years (off-an-on) as dated - with a skin Disease (Burning lesions) that appear and keep reappearing on plaintiff penis, head and body. And Denied plaintiff prescribed pain medications for permanent injury - (metal Rods and Screws) Embedded in plaintiff's Hip, knee and femur.

**Second Cause of Action**

(105) The Defendant failed to provide reasonable (or) substandard medical care for plaintiff an By doing so the Defendant put plaintiff life and health at Risks Because they Denied plaintiff access to Dermatologist for (2 years) to treat and (or) to find out (what was causing skin infection). Also

(106) The Defendant Denied plaintiff All pain meds - medical treatment plan - And All recommendations made By Dermatologist Specialist And Orthopedic Specialist

Third Cause of Action

(107) The Defendants Retaliated towards Plaintiff By Continuously Being Hostile towards Him After (filing numerous) medical complaints And grievances. plus plaintiff WAS Left In His cell for 3 - to - 4 months With No treatment After He Spoke to Superintendant About Skin Disease

8.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

108

Plaintiff prays for Judgment IN His favor AND Damages IN His favor against All Defendants to compensate Him for pain and mental Anguish IN the Amount of 500,000 (Injunctive relief)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Dec. 19, 2013

0142883

Pro Se

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010